# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

RODOLFO GARCIA,

Plaintiff,

v.

RIVERSIDE UNIVERSITY HEALTH SYSTEM,

Defendant.

Case No. 5:26-cv-00263-JWH-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO DISMISS PLAINTIFF'S COMPLAINT**

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to dismiss the complaint of Plaintiff Rodolfo Garcia and any relevant records if needed.[1] Because the time for objections has passed with none filed, the Court need not review *de novo* the findings and conclusions in the R&R. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Therefore, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation is **ACCEPTED** and **ADOPTED**.
2. Garcia's Complaint is **DISMISSED without leave to amend**.
3. Any outstanding requests[2] are **DENIED** as moot.
4. Judgment dismissing this action will be entered accordingly.

**IT IS SO ORDERED.**

Dated: November 5, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] Report and Recommendation (the "R&R") [ECF No. 10].

[2] Req. to Proceed without Prepayment of Filing Fees [ECF No. 2].