JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODOLFO GARCIA,<br>Plaintiff,<br>v.<br>RIVERSIDE UNIVERSITY HEALTH SYSTEM,<br>Defendant. | Case No. 5:26-cv-00263-JWH-SK<br><br>**JUDGMENT** |

Pursuant to the "Order Accepting Report and Recommendation to Dismiss Plaintiff's Complaint" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: November 5, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE